IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07CV351-FDW-DCK

| LOVELL FOGLE FLOYD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTION** |
| | ) | **PRO HAC VICE** |
| MINNESOTA LIFE INSURANCE COMPANY, | ) | |
| Defendants | ) | |

**IT IS HEREBY ORDERED** that the "Motion for Admission *Pro Hac Vice* of H. Sanders Carter, Jr." (Document No. 11) filed March 19, 2008 is **GRANTED.**

**IT IS THEREFORE ORDERED** that H. Sanders Carter, Jr., hereby is admitted to practice *pro hac vice* in this matter in accordance with Local Rule 83.1(B).

Signed: March 20, 2008

David C. Keesler
United States Magistrate Judge