IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-351-GCM**

| | | |
|---|---|---|
| LOVELL FOGLE FLOYD | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MONUMENTAL LIFE INSURANCE, | ) | |
| and MINNESOTA LIFE INSURANCE, | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. On April 15, 2008, the parties submitted their Initial Attorneys Conference Report and Discovery Plan [doc. 18]. The Pretrial Order and Case Management Plan was issued on April 16, 2008. On May 6, 2008, this case was transferred from Judge Frank Whitney to the undersigned.

IT IS THEREFORE ORDERED that the Pretrial Order of April 16, 2008 [doc. 19] is hereby VACATED.

IT IS FURTHER ORDER that prior to entering a new Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, June 4, 2008 at 10:30 a.m.**

IT IS SO ORDERED.     Signed: May 19, 2008

Graham C. Mullen
United States District Judge